HOHF, Appellant, v. FITZGERALD, Respondent

(14 N. W.2nd 183.)

(File No. 8653. Opinion filed April 25, 1944.)

**George W. Kunkle,** of Yankton, for Appellant.

**John E. Walsh,** of Yankton, and **Gale B. Braithwaite**, of Sioux Falls, for Respondent.

PER CURIAM. The record in this action was settled on the 7th day of June, 1943, and although more than sixty days have elapsed since that date, the appellant has failed to serve or file an appellant's brief as required by the rules of this court. The appeal is therefore deemed abandoned and the judgment appealed from is hereby affirmed.

All the Judges concur.